[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10860
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 6, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 06-01705-CV-BBM-1

GEORGE A. LOGAN,

Plaintiff-
Counter Defendant-
Appellant,

versus

MAJOR DAMIAN G. FINCH, Individually, Jointly, and in his official capacity,
SGT. J.P. BOGOLIN, Individually, Jointly, and in his official capacity, et al.,

Defendants-
Counter Claimants-
Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(August 6, 2007)**

Before BIRCH, PRYOR and COX, Circuit Judges.

PER CURIAM:

George A. Logan appeals following the district court's grant of summary judgment in favor of Major Damian G. Finch, Sergeant Joseph Bogolin, Officer Zachery Kramer, Officer David Clemmons, Chief Richard Pennington, and the City of Atlanta, Georgia. Bogolin, Clemmons, Kramer, and Finch arrested Logan, a retired City of Atlanta police officer, for the felony of impersonating an officer in violation of O.C.G.A. § 16-10-23. Although he was arrested for the crime, he was not indicted.[1] Subsequent to the arrest and the decision not to proceed on the charges, Logan filed this suit.

The district court granted summary judgment to all individual defendants, but ordered the City of Atlanta to provide proof it did not maintain liability insurance for incidents involving false arrest or police brutality against its citizens within ten days. The City did so and the court then granted summary judgment in favor of the City. This appeal followed.

We review the district court's grant of summary judgment de novo, using the same legal standards used by the district court. Having thoroughly reviewed the

---

[1] Fulton County District Attorney Paul Howard sent a letter to Logan's criminal attorney which stated that "[a]lthough police were justified in arresting Mr. Logan under the circumstances with which they were presented, my communication with officials at the Public Safety Training Center of Georgia suggest that successful prosecution is not likely. In light of your client's service to the City of Atlanta and his status as a retired officer, I have decided not to proceed on the charges against him." (R.1-23 Ex. 4.)

briefs and the record on appeal, we hold that the district court properly granted all defendants summary judgment.

AFFIRMED.